THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMENICK ABBATE, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, rendered May 10, 1960, convicting him, after a nonjury trial, of indecent exposure in violation of section 1140 of the Penal Law, and sentencing him to serve a term of three months in the New York City Workhouse. Execution of the sentence was suspended during defendant's good behavior. Judgment reversed on the law and the facts and a new trial ordered. In our opinion, the People failed to establish beyond a reasonable doubt the willful and lewd intent required by the statute (Penal Law, § 1140). Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO GRILLO, Appellant.— Appeal by defendant from so much of a judgment of the County Court, Kings County, rendered January 10, 1961, convicting him, upon his plea of guilty, of manslaughter in the first degree (unarmed), as sentenced him to serve a term of 10 to 20 years. Defendant's sole contention is that the sentence is excessive. Judgment insofar as appealed from affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.